IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>       *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE and U.S. DEPARTMENT OF JUSTICE,<br><br>       *Defendants*. | Civil Action No. 1:25-cv-4220-RCL |

**JOINT STATUS REPORT PURSUANT TO THE COURT'S FEBRUARY 18 ORDER**

  Pursuant to the Court's February 18, 2026 Order, ECF No. 6, the parties submit this Joint Status Report regarding the topics covered in the Court's Order.

  On March 2, 2026, the parties met and conferred regarding the status of the four FOIA requests made by Plaintiff that are the subject of this action. Counsel for Defendants provided the status of the searches for each of those requests, which include searches that have accumulated approximately 30 gigabytes of data that are still being reviewed by Defendant Department of Defense's subcomponents and which will then need to be reviewed by DOD's Office of General Counsel. Defendants stated that they could not commit to a specific timeline for review yet but that the final custodial searches should be completed by March 9.

  The parties further discussed each topic in the Court's Order and agreed to the following:

  **1. Further Status Reports:** The parties agreed to submit further status reports every thirty days.

  **2. The Defendants' Processing of Responsive Records:** The parties agreed that it is too early to provide a specific timeline on processing responsive records, and they anticipate that they will provide such a schedule in a future status report.

**3. Filing a *Vaughn* Index and Dispositive Motion Briefing Schedule:** The parties agreed that it is too early to set a timeline for filing a *Vaughn* index or a dispositive motion briefing schedule.

The parties will provide the Court with a further update on April 6, 2026, given that 30 days from the date of this filing falls on a Saturday.

Dated: March 5, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*J. Stephen Tagert*
J. Stephen Tagert
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.
Washington, DC 20005
Tel: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

*/s/ Benjamin A. Sparks*
Benjamin A. Sparks
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
ben.sparks@americanoversight.org

*Counsel for Plaintiff*