**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN OVERSIGHT,

*Plaintiff*,

*v*.

U.S. DEPARTMENT OF DEFENSE and U.S. DEPARTMENT OF JUSTICE,

*Defendants*.

Civil Action No. 1:25-cv-4220-RCL

**JOINT STATUS REPORT PURSUANT TO THE COURT'S FEBRUARY 18 ORDER**

Pursuant to the Court's February 18, 2026 Order, ECF No. 6, and the parties previously submitted Joint Status Reports, ECF Nos. 7, 8, 10, 11, 12, 13, & 14, the parties submit this Joint Status Report.

On October 12, 2026, the parties met and conferred by email. Defendant Department of War has completed its production, and Defendant Department of Justice has finalized its response. The parties continue to agree that it is too early to provide a specific timeline on processing responsive records or to set a timeline for filing a *Vaughn* index or a dispositive motion briefing schedule, but they plan to provide an update to the Court in their next joint status report on November 12, 2026.

Dated: October 12, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*J. Stephen Tagert*

J. Stephen Tagert
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. N.W.

Washington, DC 20005
Tel: (202) 305-5486
stephen.tagert@usdoj.gov

*Counsel for Defendants*

*/s/ Benjamin A. Sparks*

Benjamin A. Sparks
D.C. Bar No. 90020649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1741
ben.sparks@americanoversight.org

*Counsel for Plaintiff*